

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

January 2, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

**By Hand**
Honorable Denise L. Cote
United States District Judge
500 Pearl Street
New York, NY 10007

Re:   United States v. Octavia Manigault, 07 Cr. 951 (DLC)

Dear Judge Cote:

      Sentencing in this case is scheduled for January 18, 2007, at 12:00pm. Defense counsel's sentencing submission is currently due on January 4, 2008, and the Government's response is due on January 11, 2008. The Government submits this request on behalf of both parties, for an extension of the briefing schedule to January 14, 2008, for the following reason. The parties have been working together to resolve an issue regarding the tax loss amount, but need a few additional days to discuss the matter because the IRS agent who interviewed Octavia Manigault in connection with the investigation is out of the office until January 8, 2008. We expect to resolve the issue by the middle of next week. If the Court gives defense counsel until January 11, 2008 to submit a sentencing memorandum, the Government can submit its response by January 14, 2008.

      Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Seetha Ramachandran
Assistant United States Attorney
(212) 637-2546 (tel)
(212) 637-2239 (fax)

*Granted.*
*/s/ Denise Cote*
*January 3, 2008*

cc: Deirdre Von Dornum, Esq. (By fax)