UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

OCTAVIA MANIGAULT,

        Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 951 (DLC)

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case, replacing Assistant United States Attorney Jaikumar Ramaswamy, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney for the
                        Southern District of New York

                      by:   /s/ Seetha Ramachandran
                         Seetha Ramachandran
                         Assistant United States Attorney
                         (212) 637-2546

TO:    Deirdre Von Dornum, Esq.
        Federal Defenders of New York, Inc.
        52 Duane Street, 10th Floor
        New York, NY 10007
        Counsel for Defendant