October 30, 2007

To the Honorable Judge presiding over the case of Octavia Manigault:

This is a letter in reference to her character. My name is Cameron M. Cordon; I am currently incarcerated in a F.C.I. in Ashland, KY. I was sentenced to thirty months for possession of marijuana with intent to distribute. I have made some very bad choices in my life which I painfully regret. I am taking this time to seek counseling and further educate myself, so that I may have better opportunities in the future.

I have known Octavia for 8 years, and we share three children together. Their names are C████, A████ and L████. Their ages are seven, five and two, whom she is a very dedicated caring and loving mother to. When I first met Octavia she was taking care of her five year old nephew M████ B████, since he was two years of age. He is now thirteen years old with some special needs, but is progressing very well. Octavia makes every effort to keep him involved in all kinds of different activities to keep him out of trouble and to get the special help he needs for his growth and development. Octavia's brother who is the biological father and M████'s mother has made no attempt to regain custody, so she has been his sole and only caregiver since the age of two.

Before my incarceration I myself had custody of my two oldest sons form previous relationships. Both boys have different mothers who have their own problems concerning drugs, alcohol and other children. Since being in a relationship with Octavia my sons have grown much attached to her loving and caring manner. Since my incarceration she has also had temporary custody of my two sons Cameron J. C████ age sixteen and Cameron M. C████ age fourteen. Neither of their mothers had any objections to her assuming responsibility of my sons. My two boys actually made that choice for themselves. I am happy to say that since being with her they are making great stride in their school work and personal growth. Octavia has then involved herself and all of the children in church, extra activities in school and different community programs.

Octavia may have been involved in making some bad choices in her past, but in the past four years, she has made a three hundred and sixty degree turn in her life. I believe having so many people to care for besides her played a big part in this change. She has returned to college to seek another degree to better support herself and children and is very much involved in the community she lives in. If she is not mentoring young girls with her dance team or volunteering her free time in one of the many community organizations she's involved in, she's at home raising six children giving them the love and support they need to make it in society. Please consider these facts when making your decision.

Respectively yours

*Cameron Cordon*

Cameron M. Cordon