*www.utalent.com*



November 26, 2007

To Whom It May Concern:

Octavia Manigault was employed by United Talent from September 2004 to May 2005. She worked a few different clerical assignments at various client sites during this time. According to our clients, Octavia was always on time, performed her job duties well and had a good work ethic. I always appreciated her positive attitude and willingness to try new things.

Sincerely,

Leslie Young
Staffing Coordinator
United Talent Staffing

3860 Teays Valley Road
Suite 3
Hurricane WV 25526

(304) 201 5107
fax (304) 201 5108

500 Leon Sullivan Way
P O Box 1948
Charleston WV 25327

(304) 556 1190
(800) 588 1394
fax (304) 556 1198