

**Karen P. Williams, Director**
**Kanawha County Schools Head Start**
**Roxalana Annex**
**1004 Lower Midway Drive**
**Dunbar, West Virginia  25064**
**304-348-1942 or 348-1390**
**Fax 304-348-1352**
**kpwilliams@kcs.kana.k12.wv.us**

November 27, 2007

Dear Sirs,

It gives me great pleasure to write this letter of recommendation for Ms. Octavia Manigualt. Ms. Manigualt is the dedicated mother of six children and also a student at West Virginia State University. She is diligent with her duties as a mother and college student. Octavia has participated on the Head Start Policy Council as a representative for two years. During the recent year Octavia has been elected to be a local officer of the Kanawha County Schools Head Start Program and at the annual meeting of the West Virginia State Head Start Association she was one of the parent representatives to be elected as an alternate on the State Board.

Octavia is a dedicated Head Start mother. She is always willing to attend meetings and training sessions to improve her abilities. She has been a pleasure to work with and possesses good interpersonal skills. Octavia goes above and beyond the call of duty. She is involved in her all of her children's lives. I recently met her at Capital High School during parent teacher conferences with all of her children with her visiting the teachers. This spoke volumes for her dedication for supporting the educational endeavors for her children.

Octavia is trying hard to put the past behind her and begin a new life of integrity and honor. She is a good example for her children and the other parents in the Head Start Program. I commend her for her efforts to provide a good safe home, and a positive environment. I truly support her efforts and feel that she should be given the opportunity to continue on her road to success. Please feel free to contact me at 348-1942 or email me at kpwilliams@kcs.kana k12.wv.us if you have additional questions or concerns.

Sincerely,

*Karen P. Williams*

Karen P. Williams