

KANAWHA COUNTY SCHOOLS HEAD START
ROXALANA ANNEX
1004 LOWER MIDWAY DRIVE
DUNBAR, WEST VIRGINIA 25064

PHONE: (304) 348-1942                              FAX: (304) 348-1352

November 26, 2007

To Whom It May Concern:

This letter is in reference to Octavia Manigault and my knowledge of her character. I am a Family Resource Worker for the Kanawha County Schools Head Start program, and worked all last year with Octavia and her family. I can't say enough about Octavia and her work ethic. She takes very good care of her family, is a college student and is now on our Head Start Policy Council. I have seen only good things in the way she interacts with adults and with children. I have great respect for Octavia and believe her to be a fine human being. I am very pleased to be able to offer this letter as my opinion of her wonderful qualities.

Sincerely,

Linda V. Yanov
Family Resource Worker