

*Abundant Life Ministries*

Pastor Wayne R. Crozier
1534 Washington Street East
P.O. Box 11040
Charleston, West Virginia 25339
Phone: 304/342-0058

November 14, 2007

To Whom It May Concern:

Please be advised that Octavia Manigualt has been a member of Abundant Life Ministries since October 2004. Octavia and her children have been a great addition to our church.

Octavia Manigualt is currently a teacher in our children's department. She is a very compassionate young lady who places more emphasis on the well being of others than herself. She has been an inspiration to many of the young women and single mothers in our congregation. Not only is she an active member who brings her children to church on a regular basis, she also invites others and several people have become a part of our church family as a result thereof.

Octavia told me about her past wrongdoings and she is very remorseful about the mistakes that were made prior to her becoming a Christian. She is a living example of a young lady with a reformed life who is making a positive impact in our community. When I look at Octavia and see the strides she has made, it encourages me to keep reaching out to other young adults.

Sincerely,

*Wayne R. Crozier*

Pastor Wayne R. Crozier
Abundant Life Ministries

*I am come that they might have life, and that they might have it more abundantly.  John 10:10*