November 30, 2007

To Whom It May Concern:

I am writing to you as a character reference for Octavia Manigault. I have had the privilege of knowing Ms. Manigault for approximately two (2) years. We attend Abundant Life Ministries located in Charleston, West Virginia, where I am a minister. In the short time I have known Octavia, I have seen tremendous growth in her. She is an attentive mother who strives to raise her children in a way that instills sound spiritual and moral principles in their young lives.

Although you sense her life's journey may not be easy at times, there is an underlying strength and determination that you see in Octavia that compels her to move forward even in the face of adversity. I truly believe, by her outer and inner disposition, that Ms. Manigault is on the right road and is setting an example, not only for her children, but for others who have made wrong choices but want to turn their lives around like she has I feel blessed and privileged to know this young lady.

If you require further follow-up, please feel free to contact me.

*Pamela Moore*

Pamela S. Moore
102 Davidson Ave.
Charleston, WV 25306
(304) 925-8176
pamm.moore@akerkvaerner.com