West Virginia State University
P.O. Box 1000
Campus Box 172
2nd Floor Sullivan Hall, East
Institute, WV 25112-1000

# NYANSA Organization

November 1, 2007

To Whom It May Concern:

My name is Gregory G. Mason and I am the President of the NYANSA Organization at West Virginia State University. The NYANSA Organization has been an active community service group for over five years. Formed by the Department of Education TRIO Program/ Student Support Services, the mission for this organization is to give students the experience to obtain leadership skills and participate in on-and-off campus community service.

I write this letter of reference on behalf of Octavia Manigault. Octavia is the Vice President for the NYANSA Organization. She is very smart, kind, trust worthy, and responsible. Octavia has been an asset to the NYANSA Organization. As Vice President, she takes her position very seriously. She is an outgoing person, she frequently has innovative ideas for community service, and always takes the initiative to complete any task before her. Due to my organization's relationship with Octavia, I find her to be a wonderful person and an individual that any person can get along with.

If you have any question, contact me at (304) 437-9223.

Sincerely,

*[signature]*

Gregory G. Mason, President
NYANSA Organization