November 1, 2007

Monica Moore
804 Grant Street
Charleston, WV 25312

To Whom It May Concern:

I am writing this letter as reference for Ms. Octavia Manigault. Ms. Manigault has been a good friend of mine for 4 years now. I meet her through the involvement of my 3 daughters. Ms. Manigault coordinated a community dance team called Tru-Talent which consists of low income boys and girls from ages 11 to 16. Since 2003, the group continues to grow with children who love taking part in this dance team.

Ms. Manigault has worked with the children as well as my own 3 to teach dance routines and prepare the children for Dance competitions that are held in the West Virginia area each year. Ms. Manigault has done several fundraisers with the children from selling candy, candles; bake sales, fish fry's and talent shows to raise money for uniforms and other competition fees. The group has won several awards and trophies because of Ms. Manigault's dedication to them. She does this out of her love for children and dancing. There has been no point where Ms. Manigault ever ask to be paid for her services. She loves working with children and would give anyone of them her last dime if she had to.

Not only has Ms. Manigault been a great role model for many children, she has been an exceptional friend. She has been there every waking moment when I or my children has needed her. She has been there for me in family emergencies, lost of jobs, having no food just to name a few. My children look up to her and respect her a great deal.

This woman I see before me today has certainly changed. I believe she has learned from her past mistakes and has been working to better her life through community involvement and bettering her education to be able to provide for her family. Ms. Manigault is a true pioneer in her community and deserves the chance to continue on her crime free path.

If you have any questions, please contact me at 304-419-7164

Sincerely

*Ms. Monica Moore*

Ms. Monica Moore, Mother
Mm