# WEST VIRGINIA STATE UNIVERSITY

"A Living Laboratory of Human Relations"

To Whom It May Concern:

Re: Octavia Manigault

This letter is in reference to Ms. Octavia Manigault. Ms. Manigault has been employed here at West Virginia State University in the Human Resources Department since August 21, 2007. She is a student worker who was awarded a College Work-Study grant for $1,700.00 for the Fall 07 and Winter 08 semester. Ms. Manigault has been an asset to this office since she began working with us. She is very hardworking and devoted to getting her work done. She works approximately 15 to 20 hours due to her class schedule. Ms. Manigault is paid $7.05 an hour.

If you have any questions, please don't hesitate to contact me at, 304-766-3156.

Sincerely,

*Barbara Black*

Mrs. Barbara Black
Human Resources Assistant III

**Human Resources Department**
101 Ferrell Hall
P.O. Box 1000
Institute, WV 25112-1000
Phone: (304) 766-3156
Fax:    (304) 766-4156

A Land-Grant Institution Established in 1891