# WEST VIRGINIA STATE UNIVERSITY

"A Living Laboratory of Human Relations"

October 17, 2007

Ms. Deirdre Von Dornum, Attorney-at-Law

Dear Atty. Von Dornum:

      As Program Coordinator for a Department of Education TRIO program, I wish to submit this letter of reference on behalf of Ms. Octavia Manigault. I have known Ms. Manigault for approximately two years and find her to be an outstanding individual. Student Support Services was established in 65% of the nation's colleges to offer counseling, direction and academic assistance for first generation and low-income students. Ms. Manigault, who meets the criteria has taken advantage of each opportunity that will result in higher education and a better life.

      I have no reservations in stating that Octavia Manigault has in a short time proven that she can compete academically. Her grade-point average of 2.42 establishes that she is a student in good standing at WVSU. She is a strong community service advocate and a leader of NYANSA (Yon-sa) Leadership/Community Service Organization on campus.

      There are two other areas which are clearer indications of the young woman I know. One is her membership and active participation in her church, while the other is her willingness to assume family responsibilities beyond her immediate family. She has impressed upon her nieces, nephews and abundance of others, the necessity for a college education. It is because of my summer employment as a Pre-College Upward Bound instructor that I can serve as a witness to her positive influence. One of her stepsons (who she is raising as her own) was enrolled in my classes last June and July of 2006.

      This country believes in second chances to fulfill individual potential. I hope this will hold true for Ms. Octavia Manigault. I have no reservations about the young woman that she is today.

Sincerely,

Patricia A. Rosebourgh
Program Coordinator

Pre-College Upward Bound/Student Support Services
223 Sullivan Hall, East
P.O. Box 1000
Institute, WV 25112-1000
Phone: (304) 766-3120
Fax:   (304) 766-5122

A Land-Grant Institution Established in 1891