130330041

RELEVANT CONDUCT
OCTAVIA MANIGAULT

| SSN | Taxpayer | Year 1997 Refund Claimed | Year 1998 Refund Claimed | Year 1999 Refund Claimed | Year 2000 Refund Claimed | Year 2001 Refund Claimed | Year 2002 Refund Claimed | Year 2003 Refund Claimed |
|---|---|---|---|---|---|---|---|---|
| xxx-xx-xxxx | Taxpayer 1 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 2 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 3 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 4 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 5 | | | 2,272.00 | 2,332.00 | 2,404.00 | | |
| xxx-xx-xxxx | Taxpayer 6 | | | 2,272.00 | 2,332.00 | | | |
| xxx-xx-xxxx | Taxpayer 7 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 8 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 9 | | | | 2,332.00 | | | |
| xxx-xx-xxxx | Taxpayer 10 | 3,592.00 | 3,614.70 | | | | | |
| xxx-xx-xxxx | Taxpayer 11 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 12 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 13 | | | 2,272.00 | 2,332.00 | 2,404.00 | | |
| xxx-xx-xxxx | Taxpayer 14 | | | 2,272.00 | 2,332.00 | 2,404.00 | | |
| xxx-xx-xxxx | Taxpayer 15 | | | | | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 16 | 2,257.00 | 2,357.00 | | | | | |
| xxx-xx-xxxx | Taxpayer 17 | | | 2,272.00 | 2,332.00 | 2,404.00 | | |
| xxx-xx-xxxx | Taxpayer 18 | | | 2,272.00 | 2,332.00 | 2,404.00 | | |
| xxx-xx-xxxx | Taxpayer 19 | | | 2,272.00 | 2,332.00 | | | |
| xxx-xx-xxxx | Taxpayer 20 | | | | | 2,404.00 | | |
| xxx-xx-xxxx | Taxpayer 21 | | | | | 2,482.00 | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 22 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 23 | | | | | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 24 | | 2,357.00 | | | | | |
| xxx-xx-xxxx | Taxpayer 25 | | | | | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 26 | | | | | | 5,130.00 | |
| xxx-xx-xxxx | Taxpayer 27 | | | | 1,293.00 | | | |
| xxx-xx-xxxx | Taxpayer 28 | 1,221.00 | | | | 1,340.00 | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 29 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 30 | | | 2,272.00 | 2,332.00 | 2,404.00 | | |
| xxx-xx-xxxx | Taxpayer 31 | | | 2,272.00 | 2,332.00 | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 32 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 33 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 34 | | | | 2,332.00 | | | |
| xxx-xx-xxxx | Taxpayer 35 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 36 | 2,257.00 | 2,357.00 | 2,417.00 | | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 37 | 2,257.00 | | 2,417.00 | 4,893.00 | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 38 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 39 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 40 | | | | 2,332.00 | 2,404.00 | | |
| xxx-xx-xxxx | Taxpayer 41 | | 4,544.00 | 4,664.00 | 2,404.00 | | | |

130330041

RELEVANT CONDUCT
OCTAVIA MANIGAULT

| SSN | Taxpayer | Year 1997 Refund Claimed | Year 1998 Refund Claimed | Year 1999 Refund Claimed | Year 2000 Refund Claimed | Year 2001 Refund Claimed | Year 2002 Refund Claimed | Year 2003 Refund Claimed |
|---|---|---|---|---|---|---|---|---|
| xxx-xx-xxxx | Taxpayer 42 | | | | 2,404.00 | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 43 | | | 2,332.00 | 2,404.00 | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 44 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 45 | | 1,211.00 | 1,252.00 | 1,293.00 | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 46 | | 1,211.00 | 1,252.00 | | 1,340.00 | | |
| xxx-xx-xxxx | Taxpayer 47 | | 2,272.00 | 2,332.00 | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 48 | | 2,272.00 | 2,332.00 | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 49 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 50 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 51 | | 2,272.00 | 2,332.00 | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 52 | | 2,272.00 | | | | | |
| xxx-xx-xxxx | Taxpayer 53 | | 1,211.00 | 1,252.00 | 1,293.00 | | | |
| xxx-xx-xxxx | Taxpayer 54 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 55 | | | | 2,404.00 | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 56 | | | | 2,404.00 | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 57 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 58 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 59 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 60 | | | 2,332.00 | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 61 | | | | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 62 | | | | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 63 | | 2,272.00 | 2,332.00 | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 64 | | | | | | 1,376.00 | |
| xxx-xx-xxxx | Taxpayer 65 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 66 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 67 | | | | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 68 | | | | | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 69 | | | | | | | |
| xxx-xx-xxxx | Taxpayer 70 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 71 | | 1,211.00 | 1,251.00 | | | | |
| xxx-xx-xxxx | Taxpayer 72 | | 2,272.00 | 2,332.00 | 2,404.00 | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 73 | | 1,211.00 | 1,252.00 | 1,293.00 | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 74 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 75 | | 2,272.00 | | | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 76 | | | 1,350.00 | 2,404.00 | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 77 | | | 3,049.00 | 2,404.00 | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 78 | | | 2,474.00 | 2,404.00 | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 79 | | | | 2,404.00 | 2,482.00 | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 80 | | 2,434.00 | 2,473.00 | 2,404.00 | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 81 | | | | | | 1,376.00 | |
| xxx-xx-xxxx | Taxpayer 82 | | | | 2,404.00 | 2,482.00 | 2,565.00 | |

130330041

RELEVANT CONDUCT
OCTAVIA MANIGAULT

| SSN | Taxpayer | Year 1997 Refund Claimed | Year 1998 Refund Claimed | Year 1999 Refund Claimed | Year 2000 Refund Claimed | Year 2001 Refund Claimed | Year 2002 Refund Claimed | Year 2003 Refund Claimed |
|---|---|---|---|---|---|---|---|---|
| xxx-xx-xxxx | Taxpayer 83 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 84 | | 1,211.00 | 2,332.00 | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 85 | | | | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 86 | | | | 2,404.00 | 1,380.00 | | |
| xxx-xx-xxxx | Taxpayer 87 | | | 2,442.00 | 2,404.00 | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 88 | | 1,211.00 | 3,756.00 | 2,586.00 | | | |
| xxx-xx-xxxx | Taxpayer 89 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 90 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 91 | | 2,272.00 | | | | | |
| xxx-xx-xxxx | Taxpayer 92 | | 1,211.00 | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 93 | | | 2,332.00 | 2,404.00 | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 94 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 95 | | 2,272.00 | 2,332.00 | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 96 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 97 | | 2,357.00 | 2,417.00 | 2,489.00 | | | |
| xxx-xx-xxxx | Taxpayer 98 | | | | 1,293.00 | 1,340.00 | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 99 | | 1,211.00 | 1,252.00 | | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 100 | | 1,211.00 | 1,252.00 | 1,293.00 | | | |
| xxx-xx-xxxx | Taxpayer 101 | | | | | 1,340.00 | | |
| xxx-xx-xxxx | Taxpayer 102 | | 2,272.00 | 2,332.00 | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 103 | 2,257.00 | 2,357.00 | 2,417.00 | | | | |
| xxx-xx-xxxx | Taxpayer 104 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 105 | | | | | | 1,376.00 | |
| xxx-xx-xxxx | Taxpayer 106 | | 2,272.00 | 2,332.00 | | | | |
| xxx-xx-xxxx | Taxpayer 107 | | | | | | 2,265.00 | |
| xxx-xx-xxxx | Taxpayer 108 | | 1,211.00 | 1,252.00 | 1,293.00 | | | |
| xxx-xx-xxxx | Taxpayer 109 | | 2,272.00 | | | | | |
| xxx-xx-xxxx | Taxpayer 110 | | 2,272.00 | 2,332.00 | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 111 | | | 2,473.00 | | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 112 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 113 | | | | 2,404.00 | 2,482.00 | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 114 | | | 2,332.00 | | 2,482.00 | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 115 | | | | 2,404.00 | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 116 | | 2,272.00 | 2,332.00 | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 117 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 118 | | | 2,332.00 | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 119 | | | | | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 120 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 121 | | | | 2,332.00 | 2,404.00 | 2,482.00 | |
| xxx-xx-xxxx | Taxpayer 122 | | | | | 2,482.00 | | |
| xxx-xx-xxxx | Taxpayer 123 | 2,257.00 | 2,357.00 | 2,417.00 | 4,893.00 | | | |

130330041

**RELEVANT CONDUCT**
**OCTAVIA MANIGAULT**

| SSN | Taxpayer | Year 1997 Refund Claimed | Year 1998 Refund Claimed | Year 1999 Refund Claimed | Year 2000 Refund Claimed | Year 2001 Refund Claimed | Year 2002 Refund Claimed | Year 2003 Refund Claimed |
|---|---|---|---|---|---|---|---|---|
| xxx-xx-xxxx | Taxpayer 124 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 125 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 126 | | 1,211.00 | 1,252.00 | | | | |
| xxx-xx-xxxx | Taxpayer 127 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 128 | | 2,272.00 | 2,332.00 | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 129 | | 2,272.00 | 2,332.00 | | | | |
| xxx-xx-xxxx | Taxpayer 130 | | | | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 131 | | 2,272.00 | | 2,404.00 | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 132 | | | | | | 2,565.00 | |
| xxx-xx-xxxx | Taxpayer 133 | | | | | | 1,376.00 | |
| xxx-xx-xxxx | Taxpayer 134 | | | | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 135 | | 2,272.00 | 2,332.00 | 2,404.00 | | | |
| xxx-xx-xxxx | Taxpayer 136 | | 2,272.00 | 2,332.00 | 2,404.00 | | | |
| | REFUNDS CLAIMED PER YEAR | 16,098.00 | 102,882.70 | 122,989.00 | 136,900.00 | 76,236.00 | 146,279.00 | - |

| Year | |
|---|---|
| 1997 | $ 16,098.00 |
| 1998 | $ 102,882.70 |
| 1999 | $ 122,989.00 |
| 2000 | $ 136,900.00 |
| 2001 | $ 76,236.00 |
| 2002 | $ 146,279.00 |
| 2003 | $        - |

**TOTAL FALSE REFUNDS CLAIMED/RELEVANT CONDUCT    $ 601,384.70**